McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$14,448.00 IN U.S. CURRENCY, et al.,<br><br>        Defendants, | CIV-F-03-6198 OWW SMS<br><br>STIPULATION AND ORDER FOR FINAL JUDGMENT OF FORFEITURE OF $5,088.00 AND $5,637.00 IN U.S. CURRENCY |
| PEDRO HERRERA LOPEZ and ESTELLE LOPEZ,<br><br>        Claimants. | |

It is hereby stipulated by and between plaintiff United States of America and Claimants Pedro Herrera Lopez and Estelle Lopez, and their counsel of record as follows:

1. This is a civil forfeiture action against defendants $5,088.00 and $5,637.00 in U.S. Currency.

2. A Verified Complaint for Forfeiture In Rem was filed on September 4, 2003, seeking the forfeiture of defendants $5,088.00 and $5,637.00 in U.S. Currency (hereinafter "defendant currency"). The Complaint alleges that the defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency constitutes moneys or other things of value furnished or intended to be furnished in exchange of a controlled

substance, and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 et seq.

3. On February 9, 2004, in accordance with said Complaint, a Warrant of Arrest of the defendant currency was issued and duly executed on February 26, 2004.

4. On or about March 25, 2004, a Public Notice of Arrest of defendant currency appeared by publication in the Visalia Times-Delta, a newspaper of general circulation in the county in which the defendant currency was seized (Tulare County). The Proof of Publication was filed with the Court on April 19, 2004.

5. On December 29, 2003, Claimant Pedro Herrera Lopez filed a claim to defendant $5,088.88 in U.S. Currency and Claimant Estelle Lopez filed a claim to defendant $5,637.00 in U.S. Currency. Claimants filed an answer to the complaint on February 13, 2004. No other parties have filed claims or answers regarding defendants $5,088.00 and $5,637.00 in U.S. Currency, and the time for which any person or entity may file a claim and answer has expired. Pedro Herrera Lopez represents and warrants that he is the sole owner of defendant $5,088.00 in U.S. Currency. Estelle Lopez represents and warrants that she is the sole owner of defendant $5,637.00 in U.S. Currency.

6. The parties to this action desire to settle this forfeiture action regarding defendants $5,088.00 and $5,637.00 in U.S. Currency.

7. Upon execution of this Stipulation, Claimant Pedro Herrera Lopez agrees to forfeit his right, title and interest in $4,088.00 of the $5,088.00 in U.S. Currency, together with any interest that may have accrued on that amount, to the United States, to be disposed of according to law.

8. Upon execution of this Stipulation, Claimant Estelle Lopez agrees to forfeit her right, title and interest in $4,637.00 of the $5,637.00 in U.S. Currency, together with any interest that may have accrued on that amount, to the United States, to be disposed of according to law.

9. Upon the filing of this Stipulation and Order For Final Judgment of Forfeiture herein, but no later than 30 days thereafter, $1,000.00 of the $5,088.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimant Pedro Herrera Lopez through his attorney, Victor M. Perez. The U.S. Marshals Service shall issue a check in the amount

of $1,000.00, plus any accrued interest on that amount, made payable to Pedro Herrera Lopez and send it to Victor M. Perez, Esq., at 1304 W. Center Street, Visalia, California, 93257.

10. Upon the filing of this Stipulation and Order For Final Judgment of Forfeiture herein, but no later than 30 days thereafter, $1,000.00 of the $5,637.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to Claimant Estelle Lopez through her attorney, Victor M. Perez. The U.S. Marshals Service shall issue a check in the amount of $1,000.00, plus any accrued interest on that amount, made payable to Estelle Lopez and send it to Victor M. Perez, Esq., at 1304 W. Center Street, Visalia, California, 93257.

11. All parties to this stipulation hereby release plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the arrest/seizure or forfeiture of defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest or forfeiture, as well as to those now known or disclosed. The parties to this stipulation waive the provisions of California Civil Code §1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.".

12. The parties to this Stipulation stipulate that there was reasonable cause for the seizure/arrest of defendant currency pursuant to the Verified Complaint For Forfeiture In Rem filed September 4, 2003, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

13. Claimants Pedro Herrera Lopez and Estelle Lopez acknowledge that they have obtained the advice of counsel, or have declined to do so and that they are entering into this stipulation

///
///
///
///

knowingly and voluntarily.

14. All parties are to bear their own costs and attorneys' fees.

DATED: 5/17/05                    McGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
                                  Assistant U.S. Attorney


DATED: 5/9/05                     /s/ Pedro H. Lopez
                                  PEDRO HERRERA LOPEZ
                                  Claimant


DATED: 5/9/05                     /s/ Estelle Lopez
                                  ESTELLE LOPEZ
                                  Claimant


DATED: 4-20-05                    /s/ Victor M. Perez
                                  VICTOR M. PEREZ
                                  Counsel for Claimants Pedro Herrera Lopez and
                                  Estelle Lopez


                                  (original signatures retained by attorney)

The U.S. Marshals Service shall return $1,000.00 each, plus any interest that has accrued on that amount, as described in paragraphs 9 and 10 above to Claimants Pedro Herrera Lopez and Estelle Lopez within 30 days from the filing of this Stipulation and Order.

IT IS SO ORDERED.

DATED:  May 20, 2005              /s/ OLIVER W. WANGER
                                  OLIVER W. WANGER
                                  United States District Judge

4