

FILED

OCT 03 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              ) 1:03-CV-06198-OWW-SMS
12 |              Plaintiff,                )
   |       v.                               )
13 |                                        )
   | $14,448.00 IN U.S. CURRENCY,           ) DEFAULT JUDGMENT AND
14 |                                        ) FINAL JUDGMENT OF FORFEITURE
   | $6,124.00 IN U.S. CURRENCY,            )
15 |                                        )
   | $18,565 IN U.S. CURRENCY,              )
16 |                                        )
   | $9,206.00 IN U.S. CURRENCY,            )
17 |                                        )
   | $5,088.00 IN U.S. CURRENCY,            )
18 |                                        )
   | $5,637.00 IN U.S. CURRENCY,            )
19 |                                        )
   | $3,649.00 IN U.S. CURRENCY,            )
20 |                                        )
   | 2000 CADILLAC ESCALADE, VIN:           )
21 | 1GYEK13R8YR164694, CALIFORNIA          )
   | LICENSE PLATE: 4KKR371;                )
22 |                                        )
   | 2000 GMC YUKON DENALI, VIN:            )
23 | 1GKEK13R8YR135514, CALIFORNIA          )
   | LICENSE PLATE: BAD P;                  )
24 |                                        )
   | 1997 FORD F-150 TRUCK, VIN:            )
25 | 2FTDX18W0VCA29364, CALIFORNIA          )
   | LICENSE PLATE: SO79751;                )
26 |                                        )
   | AND                                    )
27 |                                        )
   | 2002 CHEVROLET TAHOE, VIN:             )
28 | 1GNEC13T82R156558, CALIFORNIA          )

                                 1

LICENSE PLATE: GRICLDA;   )
               Defendants.        )

This matter came on for hearing on December 8, 2006, before the Honorable Magistrate Judge Sandra M. Snyder, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Kristi C. Kapetan appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-listed defendant assets to oppose plaintiff's motion. The Magistrate Judge has ordered that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Bryan Barrera, Eladio Felix, Serapia Zepeda, James Nelms, and Gricelda Martinez are held in default.

3. A judgment by default is hereby entered against any right, title or interest in the following assets of Bryan Barrera, Eladio Felix, Serapia Zepeda, James Nelms, and Gricelda Martinez:

    a.    $14,448.00 in U.S. Currency,
    b.    $6,124.00 in U.S. Currency,
    c.    $18,565 in U.S. Currency,
    d.    $9,206.00 in U.S. Currency,
    e.    $4,088 of the $5,088.00 in U.S. Currency[1],
    f.    $4,637 of the $5,637.00 in U.S. Currency,
    g.    $3,649.00 in U.S. Currency,
    h.    2000 GMC Yukon Denali, VIN: 1GKEK13R8YR135514, California License Plate: BAD P;
    i.    1997 Ford F-150 Truck, VIN: 2FTDX18WOVCA29364, California License Plate: SO79751; and
    j.    Approximately $23,000.00 in lieu of the 2002 Chevrolet Tahoe, VIN: 1GNEC13T82R156558, California License Plate: GRICLDA, plus any

---

[1] Assets e and f were included in a Stipulation and Order for Final Judgment of Forfeiture filed May 20, 2005. Pursuant to that Order $1,000 from each asset was returned to Claimants Pedro Herrera Lopez and Estelle Lopez.

accrued interest[2].

4.  A final judgment is hereby entered, forfeiting all right, title and interest in the above-listed assets to the United States of America, to be disposed of according to law, including all right, title, and interest of Bryan Barrera, Eladio Felix, Serapia Zepeda, James Nelms, Gricelda Martinez, Jose Felix, Alberto Felix, Pedro Lopez, Jr., Prajedes Felix, Sr., Pedro Herrera Lopez, Estelle Lopez, and Lyle Lee Williams.

5.  Title to the above-listed assets shall vest solely in the name of the United States of America.

6.  Pursuant to the Stipulation and Order for Dismissal of Asset Subject to Forfeiture filed on August 17, 2004, the 2000 Cadillac Escalade, VIN: 1GYEK13R8YR164694, California License Plate: 4KKR371 was not forfeited to the United States.

7.  All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 2d day of October, 2007.

_____
OLIVER W. WANGER
United States District Judge

---

[2] A Stipulation and Order for Interlocutory Sale of the 2002 Chevy Tahoe was entered on September 16, 2004.

3